PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JEANETTE DARLENE YOUNG, ) | |
| ) | CASE NO. 5:16CV2655 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| COMMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | **MEMORANDUM OF OPINION AND** |
| Defendant. ) | **ORDER** |

Plaintiff Jeanette Darlene Young applied for a period of disability, DIB, and SSI benefits, and after an initial denial and a denial upon reconsideration, an Administrative Law Judge ("ALJ") held a hearing and concluded that Plaintiff was not disabled. After the Appeals Council denied Plaintiff's request for review, she sought judicial review pursuant to 42 U.S.C. § 405(g). This Court referred the case to Magistrate Judge David A. Ruiz for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). Magistrate Judge Ruiz submitted a Report, recommending that the Court reverse the ALJ's determination and remand the case back to the ALJ, due to the ALJ's failure to follow procedural regulations. ECF No. 16 at PageID #: 1110.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. The Commissioner filed a Response to the Report and Recommended Decision, which states that the Commissioner will not be filing objections. ECF No. 17. Furthermore, Plaintiff has not filed any objections, evidencing satisfaction with the

(4:11CV2553)

Magistrate Judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation. The Court will vacate the decision of the Commissioner of Social Security and remand this case to the Commissioner for rehearing and a new decision.

IT IS SO ORDERED.


 November 16, 2017         /s/ Benita Y. Pearson
Date                       Benita Y. Pearson
                           United States District Judge